# EXHIBIT D



**Magellan HEALTH.**

Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

June 26, 2020



F6174-L02-0182425 P010 T00468 *********ALL FOR AADC 125
LAURA A LEATHER

DOVER PLAINS, NY ███████
ⁱⱡ||ⱡᵢᵢ|ⱡⱡⱡ|ₗₗⱡₗ|ₗ|ⱡ|||||ᵢₗₗ₋ₗ₋|ₗₗₚₗₗ|ⱡ||ⱡⱡₗₗₚₗ₋|₋|ⱡₗₗⱡₗₗₗⱡ|ₗ

Dear Laura A Leather:

Magellan Health Inc.[1] ("Magellan") was recently the victim of a criminal ransomware attack. We are writing to let you know how this incident may have affected your personal information and, as a precaution, to provide steps you can take to help protect your information. We take the privacy and security of your personal information very seriously and we sincerely regret any concern this incident may cause you.

### *Why Does Magellan Have My Personal Information*

Magellan provides services for managing healthcare delivery, employee assistance program services, and pharmacy management services. Magellan's customers include health plans and other managed care organizations, employers, labor unions, various military and governmental agencies and third-party administrators. We also manage health services to individuals enrolled in our Medicaid and Medicare programs. We may have your information because of the services we provide to your employer or health plan, or to you directly.

### *What Happened*

On April 11, 2020, Magellan discovered it was targeted by a ransomware attack. The unauthorized actor gained access to Magellan's systems after sending a phishing email on April 6 that impersonated a Magellan client. Once the incident was discovered, Magellan immediately retained a leading cybersecurity forensics firm, Mandiant, to help conduct a thorough investigation of the incident. The investigation revealed that this incident may have affected your personal information. At this point, we are not aware of any fraud or misuse of any of your personal information as a result of this incident, but we are notifying you out of an abundance of caution.

---

[1] Magellan Health, Inc. subsidiaries include but are not limited to: Magellan Healthcare, Inc., National Imaging Associates, Inc., Magellan Rx Management, LLC, Magellan Rx Pharmacy, LLC, Magellan Complete Care of Virginia, LLC, Florida MHS, Inc. d/b/a Magellan Complete Care of Florida, Magellan Complete Care of Arizona, Inc., Magellan Complete Care of Louisiana, Inc., Armed Forces Services Corporation, The Management Group, LLC, Senior Whole Health, LLC, Senior Whole Health of New York, Inc, 4-D Pharmacy Management Systems, LLC, Magellan Medicaid Administration, Inc., Magellan Pharmacy Solutions, Inc., Merit Health Insurance Company, VRx, LLC, and VRx Pharmacy, LLC
8621 Robert Fulton Drive. Columbia, MD 21046

0182425



F6174-L02

### *What Information Was Involved*

The personal information accessed by the unauthorized actor included your Social Security number and/or other financial information and possibly included names and one or more of the following: date of birth, treatment information, health insurance account information, member ID, other health-related information, email addresses, phone numbers, and physical addresses. Again, we do not believe that any information has been used inappropriately.

### *What We Are Doing*

Magellan immediately reported the incident to, and is working closely with, the appropriate law enforcement authorities, including the FBI. Additionally, to help prevent a similar type of incident from occurring in the future, we implemented additional security protocols designed to protect our network, email environment, systems, and personal information.

### *What You Can Do*

Please review the "Information About Identity Theft Protection" reference guide, enclosed here, which describes additional steps you may take to help protect yourself, including recommendations from the Federal Trade Commission regarding identity theft protection and details regarding placing a fraud alert or a security freeze on your credit file. As an added precaution, to help protect your identity, we are offering a complimentary two-year membership of Experian's® IdentityWorks℠. This product provides you with superior identity detection and resolution of identity theft. To activate your membership and start monitoring your personal information please follow the steps below:

- Ensure that you enroll by: September 30, 2020 (Your code will not work after this date.)
- Visit the Experian IdentityWorks website to enroll: https://www.experianidworks.com/3bcredit
- Provide your activation code: ██████████

If you have questions about the product, need assistance with identity restoration or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at 888-451-6558 by September 30, 2020. Be prepared to provide engagement number DB20851 as proof of eligibility for the identity restoration services by Experian.

Keep a copy of this letter for your records in case of any potential future problems with your health plan benefit or other records. Review any statements you receive pertaining to your health plan benefits regularly and carefully; if you see indications of any treatment or services that you believe you did not seek or receive, call the number on your member ID card.

### *For More Information*

The security of your personal information is important to us and we sincerely regret that this incident occurred. For more information, or if you have any questions or need additional information, please contact 888-451-6558.

Sincerely,

*John J. DiBernardi Jr.*

John J. DiBernardi Jr., Esq.
Senior Vice President & Chief Compliance Officer

*What Information Was Involved*

The personal information accessed by the unauthorized actor included your Social Security number and/or other financial information and possibly included names and one or more of the following: date of birth, treatment information, health insurance account information, member ID, other health-related information, email addresses, phone numbers, and physical addresses. Again, we do not believe that any information has been used inappropriately.

*What We Are Doing*

Magellan immediately reported the incident to, and is working closely with, the appropriate law enforcement authorities, including the FBI.  Additionally, to help prevent a similar type of incident from occurring in the future, we implemented additional security protocols designed to protect our network, email environment, systems, and personal information.

*What You Can Do*

Please review the "Information About Identity Theft Protection" reference guide, enclosed here, which describes additional steps you may take to help protect yourself, including recommendations from the Federal Trade Commission regarding identity theft protection and details regarding placing a fraud alert or a security freeze on your credit file.  As an added precaution, to help protect your identity, we are offering a complimentary two-year membership of Experian's® IdentityWorks$^{SM}$. This product provides you with superior identity detection and resolution of identity theft. To activate your membership and start monitoring your personal information please follow the steps below:

- Ensure that you enroll by: September 30, 2020 (Your code will not work after this date.)
- Visit the Experian IdentityWorks website to enroll: https://www.experianidworks.com/3bcredit
- Provide your activation code: XPQF5CBF7

If you have questions about the product, need assistance with identity restoration or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at 888-451-6558 by September 30, 2020. Be prepared to provide engagement number DB20851 as proof of eligibility for the identity restoration services by Experian.

Keep a copy of this letter for your records in case of any potential future problems with your health plan benefit or other records.  Review any statements you receive pertaining to your health plan benefits regularly and carefully; if you see indications of any treatment or services that you believe you did not seek or receive, call the number on your member ID card.

*For More Information*

The security of your personal information is important to us and we sincerely regret that this incident occurred. For more information, or if you have any questions or need additional information, please contact 888-451-6558.

Sincerely,

John J. DiBernardi Jr., Esq.
Senior Vice President & Chief Compliance Officer