# EXHIBIT I



**Magellan HEALTH.**
Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589



(First Letter)

F6003-L05-0011867 P003 T00031 *********ALL FOR AADC 370
TERESA CULBERSON
COLUMBIA, TN

Dear Teresa Culberson:

We take privacy and security very seriously, so we are contacting you about a data breach that has happened. The data breach may have included some of your information with Magellan Health Inc.[1] ("Magellan"). This letter tells you how some information about you may have been put at risk.

**What Happened**

On ▓▓▓▓▓▓▓, we learned that we had a data breach. This happened when an unknown person may have gotten into some email accounts and a computer system that stores files. The email accounts and computer system may have your information in them. We do not think the person had a plan to do anything with your information.

**What Information Was Involved**

The emails and server had information such as:
- Name
- Birthday
- Address
- Email
- Medical information

**What We Are Doing**

When we found out about this we:
- Started an investigation
- Told the FBI
- Created new ways to make our security better

---

[1] Magellan Health, Inc. subsidiaries include but are not limited to: Magellan Healthcare, Inc., National Imaging Associates, Inc., Magellan Rx Management, LLC, Magellan Rx Pharmacy, LLC, Magellan Complete Care of Virginia, LLC, Florida MHS, Inc. d/b/a Magellan Complete Care of Florida, Magellan Complete Care of Arizona, Inc., Magellan Complete Care of Louisiana, Inc., Armed Forces Services Corporation, The Management Group, LLC, Senior Whole Health, LLC, Senior Whole Health of New York, Inc., 4-D Pharmacy Management Systems, LLC, Magellan Medicaid Administration, Inc., Magellan Pharmacy Solutions, Inc., Merit Health Insurance Company, VRx, LLC, and VRx Pharmacy, LLC.

Si requiere asistencia en español, por favor llame al 888-451-6558.



F6003-L05

### What You Can Do

- Review the attached guide to learn how to protect yourself
- Keep this letter in a safe place in case you need it later
- Check your mail for things that don't look right
- If you see something wrong in anything we send you, report it to us right away

### For More Information

You can call us with any questions at ███████████ Be prepared to provide engagement number ███████ as proof of eligibility for the identity restoration services by Experian.

Sincerely,

*[signature]*

John J. DiBernardi Jr., Esq.
Senior Vice President & Chief Compliance Officer

F6003-L05

## Information About Identity Theft Protection Guide

*[Handwritten annotation: "Fraud Alert"]*

Contact information for the three nationwide credit reporting companies is as follows:

| Equifax | Experian | TransUnion |
|---|---|---|
| Phone: 1-800-685-1111 | Phone: 1-888-397-3742 | Phone: 1-888-909-8872 |
| P.O. Box 740256 | P.O. Box 9554 | P.O. Box 105281 |
| Atlanta, Georgia 30348 | Allen, Texas 75013 | Atlanta, GA 30348-5281 |
| www.equifax.com | www.experian.com | www.transunion.com |

*[Handwritten annotation: "Free"]*

**Free Credit Report.** We remind you to be vigilant for incidents of fraud or identity theft by reviewing your account statements and free credit reports for any unauthorized activity. You may obtain a copy of your credit report, free of charge, once every 12 months from each of the three nationwide credit reporting companies. To order your annual free credit report, please visit www.annualcreditreport.com or call toll free at 1-877-322-8228. You can also order your annual free credit report by mailing a completed Annual Credit Report Request Form (available from the U.S. Federal Trade Commission's ("FTC") website at www.consumer.ftc.gov) to: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281.

**For Colorado, Georgia, Maine, Maryland, Massachusetts, New Jersey, Puerto Rico, and Vermont residents:**
You may obtain one or more (depending on the state) additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s).

**Security Freeze.** Security freezes, also known as credit freezes, restrict access to your credit file, making it harder for identity thieves to open new accounts in your name. You can freeze and unfreeze your credit file for free. You also can get a free freeze for your children who are under 16. And if you are someone's guardian, conservator or have a valid power of attorney, you can get a free freeze for that person, too.

How will these freezes work? Contact all three of the nationwide credit reporting agencies – Equifax, Experian, and TransUnion. If you request a freeze online or by phone, the agency must place the freeze within one business day. If you request a lift of the freeze, the agency must lift it within one hour. If you make your request by mail, the agency must place or lift the freeze within three business days after it gets your request. You also can lift the freeze temporarily without a fee.

Don't confuse freezes with locks. They work in a similar way, but locks may have monthly fees. If you want a free freeze guaranteed by federal law, then opt for a freeze, not a lock.

The following information must be included when requesting a security freeze (note that if you are requesting a credit report for your spouse, this information must be provided for him/her as well): (1) full name, with middle initial and any suffixes; (2) Social Security number; (3) date of birth; (4) current address and any previous addresses for the past five years; and (5) any applicable incident report or complaint with a law enforcement agency or the Registry of Motor Vehicles. The request must also include a copy of a government-issued identification card and a copy of a recent utility bill or bank or insurance statement. It is essential that each copy be legible, display your name and current mailing address, and the date of issue.

**For New Mexico residents:** You may obtain a security freeze on your credit report to protect your privacy and ensure that credit is not granted in your name without your knowledge. You may submit a declaration of removal to remove information placed in your credit report as a result of being a victim of identity theft. You have a right to place a security freeze on your credit report or submit a declaration of removal pursuant to the Fair Credit Reporting and Identity Security Act.

**For Colorado and Illinois residents:** You may obtain information from the credit reporting agencies and the FTC about security freezes.

**Fraud Alerts.** A fraud alert tells businesses that check your credit that they should check with you before opening a new account. As of September 18, 2018, when you place a fraud alert, it will last one year, instead of 90 days. Fraud alerts will still be free and identity theft victims can still get an extended fraud alert for seven years.

**For Colorado and Illinois residents:** You may obtain additional information from the credit reporting agencies and the FTC about fraud alerts.

**Federal Trade Commission and State Attorneys General Offices.** If you believe you are the victim of identity theft or have reason to believe your personal information has been misused, you should immediately contact the Federal Trade Commission and/or the Attorney General's office in your home state. You may also contact these agencies for information on how to prevent or avoid identity theft. You may contact the Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580, www.ftc.gov/bcp/edu/microsites/idtheft/, 1-877-IDTHEFT (438-4338).

**For Maryland Residents:** You may contact the Maryland Office of the Attorney General, Consumer Protection Division, 200 St. Paul Place, Baltimore, MD 21202, www.oag.state.md.us, 1-888-743-0023.

**For North Carolina residents:** You may contact the North Carolina Office of the Attorney General, Consumer Protection Division, 9001 Mail Service Center, Raleigh, NC 27699-9001, www.ncdoj.gov, 1-877-566-7226.

**For Rhode Island Residents:** You may contact the Rhode Island Office of the Attorney General, 150 South Main Street, Providence, RI 02903, http://www.riag.ri.gov, 401-274-4400

**Reporting of identity theft and obtaining a police report.**
You have the right to obtain any police report filed in the United States in regard to this incident. If you are the victim of fraud or identity theft, you also have the right to file a police report.

**For Iowa residents:** You are advised to report any suspected identity theft to law enforcement or to the Iowa Attorney General.

**For Massachusetts residents:** You have the right to obtain a police report if you are a victim of identity theft. You also have a right to file a police report and obtain a copy of it.

**For Oregon residents:** You are advised to report any suspected identity theft to law enforcement, the Federal Trade Commission, and the Oregon Attorney General.

**For Rhode Island residents:** You have the right to file or obtain a police report regarding this incident.

F6003-L

**Magellan Rx** Medicare

Prescription ID Card

RxBIN: ■
RxPCN: ■
RxGrp: ■
Issuer: ■

ID No. ■
Name  Teresa Culberson

http://medicare.magellanrx.com

MedicareR<sub>X</sub>
Prescription Drug Coverage

S4607/012

Patient Customer Service: 800-424-5870
TTY: 711
Pharmacist Use Only: 800-424-5870
Submit Medicare Part D Claims to:
Magellan Rx Medicare
PO Box 1433
Maryland Heights, MO 63043