# EXHIBIT G

*This email was sent to all former Magellan employees on Monday, May 4 to provide preliminary notification of W-2 information exfiltration.*

Is this email not displaying correctly?
View it in your browser.



Dear Former Magellan Health Employee:

At Magellan Health, we take privacy and information security very seriously, which is why we want to share with you some information regarding a recent ransomware attack against the company.

While we have been remediating and investigating this attack, we recently learned that the threat actor responsible for this ransomware attack on Magellan also stole documents containing W-2 information for all Magellan Health employees who were employed in 2019, which includes Social Security numbers.

It is important to note we have no reason to believe any of your information has been used inappropriately. In fact, we do not believe your W-2 information was targeted by the threat actor for identity theft purposes, but rather, such information happened to be included in documents taken by the threat actor as part of the ransomware attack. Nonetheless, we wanted to inform you about this immediately, so you could take steps to protect yourself in an abundance of caution.

To that end, we are offering you free identity theft monitoring services through Experian. This service will include free credit monitoring from the three national credit bureaus and identity restoration services. We are also contacting the IRS to inform them of the W-2 theft so that they can monitor tax filings.

In the coming days you will receive a letter from Experian, which will provide further details on the situation. This letter will also include information on the steps you can take, including how to set up the identity protection services being offered to you at no cost to help protect you from potential identity theft, as well as additional precautionary measures you can take.

If you wish to take any immediate precautionary action before receiving our offered identity theft monitoring services, you may place a fraud alert or credit freeze on your credit file through any of the three credit bureaus and receive a credit report for your review free of charge:

- Equifax: Equifax.com or 1-800-685-1111
- Experian: Experian.com or 1-888-397-3742
- TransUnion: TransUnion.com or 1-888-909-8872

We apologize for any inconvenience this matter might cause you and thank you for your patience and understanding while we work through this issue.

John DiBernardi
Chief Compliance Officer

----

# Former Employee Q&A

**Exactly what was stolen and how did it happen?**
Magellan Health was the victim of a recent ransomware attack on our Company. While we have contained the incident, our investigation into the incident, supported by third-party experts and law enforcement, continues.

We recently learned W-2 information for all Magellan Health employees in 2019, which includes Social Security numbers and home addresses, was stolen. We have no reason to believe your information has been used inappropriately.

**I no longer work for Magellan Health, how was I impacted?**
Information impacted by this incident includes W-2 information for all Magellan Health employees in 2019.

**How many Magellan employees were impacted?**
Information impacted by this incident includes W-2 information for all Magellan Health employees in 2019.

**How was my information (SSN) stolen?**
We have been in the process of conducting a thorough forensic review of the recent cybersecurity incident and have confirmed your employee pay information was impacted by a data exfiltration. This information was included on W-2 forms, which includes Social Security numbers and home addresses.

**Was my identity stolen? If not, how will I know if my data is being used?**
We have no reason to believe your information has been used inappropriately.

In the coming days, you will receive a letter from Experian, which will provide further details on the situation. This letter will include information on the steps you can take, including how to set up the identity protection services being offered to you at no cost to help protect you from potential identity theft, as well as additional precautionary measures you can take.

If you wish to take any immediate precautionary action before receiving our offered identity theft monitoring services, you may place a fraud alert or credit freeze on your credit file through any of the three credit bureaus and receive a credit report for your review free of charge:

- Equifax: [Equifax.com](Equifax.com) or 1-800-685-1111

- Experian: Experian.com or 1-888-397-3742
- TransUnion: TransUnion.com or 1-888-909-8872

**What are you doing to protect my financial data?**
We have no reason to believe your financial data has been used inappropriately. We are offering you free identity theft monitoring service through Experian. You will receive details on this service in the coming days in a mailed letter from Experian.

The offered service at no cost to you will include free credit monitoring from the three national credit bureaus and identity restoration services. We are also contacting the IRS to inform them of the W-2 theft so that they can monitor tax filings.

**What should I do to protect my financial data?**
We have no reason to believe your financial data has been used inappropriately.

In the coming days you will receive a letter from Experian, which will provide further details on the situation. This letter will also include information on the steps you can take, including how to set up the identity protection services being offered to you at no cost to help protect you from potential identity theft, as well as additional precautionary measures you can take.

If you wish to take any immediate precautionary action before receiving our offered identity theft monitoring services, you may place a fraud alert or credit freeze on your credit file through any of the three credit bureaus and receive a credit report for your review free of charge:

- Equifax: Equifax.com or 1-800-685-1111
- Experian: Experian.com or 1-888-397-3742
- TransUnion: TransUnion.com or 1-888-909-8872

**Is my financial information being sold?**
We have no reason to believe your information has been used inappropriately.

**If my data is not being sold, how else could a criminal use my data?**
We have no reason to believe your information has been used inappropriately. If you believe your personal information has been misused, visit the FTC's site at IdentityTheft.gov to get recovery steps and to file an identity theft complaint. Your complaint will be added to the FTC's Consumer Sentinel Network, where it will be accessible to law enforcers for their investigations.

**Should I contact the IRS?**
If you suspect you are a victim of tax-related identity theft, the IRS recommends taking the following steps:

- If you received an IRS 5071C or an IRS 5747C letter, call the number provided in the notice or, if instructed, visit the IRS's Identity Verification Service at https://go.magellanhealth.com/e/703943/ud-scams-identity-verification/hbglz/100020631?h=TR0-EvEqU_MWiVQyZm2lU4eDcS3LNgC-4cKFByz35DM.

- Complete IRS Form 14039, Identity Theft Affidavit, if your e-filed return is rejected because of a duplicate filing under your SSN or you are otherwise instructed to do so.

**Is this going to impact my 2019 tax return or my COVID-19 Economic Impact Payment?**
No, we have no reason to believe that your information has been used inappropriately.

If you suspect you are a victim of tax-related identity theft, the IRS recommends taking the following steps:

- If instructed, visit the IRS's Identity Verification Service at https://go.magellanhealth.com/e/703943/ud-scams-identity-verification/hbglz/100020631?h=TR0-EvEqU_MWiVQyZm2lU4eDcS3LNgC-4cKFByz35DM.
- Complete IRS Form 14039, Identity Theft Affidavit, if your e-filed return is rejected because of a duplicate filing under your SSN or you are otherwise instructed to do so.

**What will Magellan Health do if I am financially impacted by this? Will I be reimbursed?**
When the Experian letter arrives, we encourage you to sign up for identity theft protection services, which includes insurance for fraud and identity theft.

**Where can I learn more information?**
In the coming days you will receive an official notification letter from our identity theft monitoring vendor partner, Experian. This notification letter will provide further details on the situation, including what is being offered to you to help protect you from potential identity theft and what additional precautionary measures you can take.

© 2020 Magellan Health, Inc.



**This email was sent by Magellan Health:**
4801 East Washington Street
Phoenix, AZ 85034

https://go.magellanhealth.com/unsubscribe/u/703943/0a2050114586c65f40dc4da7db1e0a5d4b7ef8d50df0023662c7fbea0b139015/100020631