# EXHIBIT H



**Magellan**
HEALTH.
Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

June 18, 2020

F6071-L01-0017767 P003 T00046 ********SCH 5-DIGIT 53140
JOSEPH A RIVERA
KENOSHA, WI

Subject: NOTICE OF DATA BREACH

Dear Joseph A Rivera:

Magellan Health Inc. ("Magellan") was recently the victim of a criminal cyber attack. We are writing to let you know how this incident may have affected your personal information and, as a precaution, to provide steps you can take to help protect your information. We take the privacy and security of your personal information very seriously and we sincerely regret any concern this incident may cause you.

### Why Does Magellan Have My Personal Information

Between 2004 and 2011, Magellan assisted Abbott Laboratories, Inc. ("Abbott") with the administration and management of the Abbott Laboratories Health Care Plan (the "Abbott Health Plan"). As part of this relationship, Magellan had access to personal information of Abbott employees' and their dependents' who enrolled in the Abbott Health Plan. Magellan ceased providing these services to Abbott on December 31, 2011.

### What Happened

On April 11, 2020, Magellan discovered it was targeted by a cyber-attack. The unauthorized actor gained access to Magellan's systems after sending a phishing email on April 6 that impersonated a Magellan client. Once the incident was discovered, Magellan immediately retained a leading cybersecurity forensics firm, Mandiant, to help conduct a thorough investigation of the incident. The investigation revealed that the unauthorized actor stole information stored in Magellan emails and on a single company computer.

We are notifying you of this incident because the stolen information included your personal information. At this point, we are not aware of any fraud or misuse of any of your personal information as a result of this incident.

### What Information Was Involved

The personal information stolen by the unauthorized actor included a spreadsheet from 2009 with your Social Security number and name. Importantly, there is no evidence the unauthorized actor accessed your treatment or other health-related information.

### What We Are Doing

Magellan has worked with Mandiant to confirm that the unauthorized access to Magellan's systems has been terminated. Magellan immediately reported the incident to, and is working closely with, the appropriate law enforcement authorities, including the FBI. Additionally, to help prevent a similar type of incident from occurring in the future, Magellan implemented additional security protocols designed to protect its network, email environment, systems, and personal information.

Si requiere asistencia en español, por favor llame al 888-451-6558.

8621 Robert Fulton Drive, Columbia, MD 21046
www.magellanhealth.com



**What You Can Do**

Please review the "Information About Identity Theft Protection" reference guide, enclosed here, which describes additional steps you may take to help protect yourself, including recommendations from the Federal Trade Commission regarding identity theft protection and details regarding placing a fraud alert or a security freeze on your credit file.

As an added precaution, to help protect your identity, we are offering a complimentary two-year membership of Experian's® IdentityWorks℠. This product provides you with superior identity detection and resolution of identity theft. To activate your membership and start monitoring your personal information please follow the steps below:

- Ensure that you enroll by: September 30, 2020 (Your code will not work after this date.)
- Visit the Experian IdentityWorks website to enroll: https://www.experianidworks.com/3bcredit
- Provide your activation code: [REDACTED]

If you have questions about the product, need assistance with identity restoration or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at 888-451-6558 by September 30, 2020. Be prepared to provide engagement number DB20695 as proof of eligibility for the identity restoration services by Experian.

In addition, please be on the lookout for any scams that attempt to lure you into providing personal information in connection with this incident. Magellan will NOT call you or send you any email messages asking for your personal information or credit card information, or send you any email messages asking you to "click" on any links to activate identity theft protection services. You should not provide information in response to any such calls or email messages, and you should not click on any links within any such email messages. The ONLY ways to set up the credit monitoring we have obtained for you or to contact Experian are set forth in this letter.

Keep a copy of this letter for your records in case of any potential future problems with your health plan benefit or other records. Review any statements you receive pertaining to your health plan benefits regularly and carefully; if you see indications of any treatment or services that you believe you did not seek or receive, call the number on your member ID card.

**For More Information**

The security of your personal information is important to us and we sincerely regret that this incident occurred. For more information, or if you have any questions or need additional information, please contact 888-451-6558.

Sincerely,

*[signature]*

John J. DiBernardi Jr., Esq.
Senior Vice President & Chief Compliance Officer

---

* Offline members will be eligible to call for additional reports quarterly after enrolling.

** The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

8621 Robert Fulton Drive, Columbia, MD 21046
www.magellanhealth.com